# DELBELLO DONNELLAN WEINGARTEN
# WISE & WIEDERKEHR, LLP

**Julie Cvek Curley**
**Partner**
(914) 607-3150
jcurley@ddw-law.com

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

Connecticut Office
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 298-0000

September 30, 2016

_**Via CM/ECF System**_
Clerk of the Court
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004

Re:    **Espresso Dream LLC, Chapter 11 Debtor**
       **SDNY Case No. 16-12749**

Dear Clerk,

On September 30, 2016, this firm filed a voluntary chapter 11 proceeding on behalf of the above referenced Chapter 11 Debtor, Espresso Dream LLC. This letter is written to request assignment of the Debtor's case to the Honorable Michael E. Wiles.

The Debtor is the leaseholder for certain store premises in New York City located at (1) 42 West 46th Street, (2) 8 West 46th Street, (3) 2541 Broadway, (4) 1 Broadway, and (5) 201 West 21st Street. These premises were previously subletted and occupied by various entities that operated a Filicori Coffee Shop, that had filed their own chapter 11 cases and were assigned Judge Wiles under Lead Case No. 16-12413 (the "Filicori Debtors"). Pursuant to an order entered by Judge Wiles in that case, the Judge directed that "if any affiliated entities under the control of the Debtors or under common control with the Debtors are the subject of voluntary or involuntary bankruptcy cases they shall disclose their affiliations with the Debtors (as required by the applicable rules) and request that the cases be assigned to the same judge as is then handling the Debtors' cases." _See,_ Docket No. 37.

The Debtor, Espresso Dream LLC, is not an affiliate of the Filicori Debtors and operates its own establishment, Espresso Matto. However, in the spirit of Judge Wiles' orders in the Chapter 11 case for the Filicori Debtors, the Debtor respectfully requests assignment of its case to Judge Wiles.

Clerk of the Court
U.S. Bankruptcy Court, SDNY
September 30, 2016
Page 2

---

      Should you have any questions or concerns, please do not hesitate to contact the undersigned. Thank you in advance for your consideration of this request.

                        Respectfully submitted,


                        */s/ Jonathan S. Pasternak*
                        Jonathan S. Pasternak

JSP/jcc